UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| PETE KALKBRENNER, et al., | ) |
| Plaintiff, | ) CV-N-3:09-cv-22-RCJ-VPC |
| vs. | ) |
| COUNTRYWIDE HOME LOANS, et al., | ) ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) FEDERAL RULES OF CIVIL PROCEDURE |
| Defendants. | ) |

Counsel for PETE KALKBRENNER, et. al. having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-entitled action be, and hereby is dismissed without prejudice as to:   Defendant, **MORTGAGE AMERICA E.T. AL.**

DATED this 30th day of November, 2010

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE